# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FREDRICK HALL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 17-0241-WS-B |
| | ) |
| **NATIONAL CHECK RESOLUTION,** | ) |
| **INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal (doc. 19), signed by all parties, by and through their respective counsel.  The Stipulation reflects that the parties mutually consent to the dismissal with prejudice of plaintiff's individual claims and the dismissal without prejudice of all class claims, with each side to bear his or its own expenses, costs of litigation and attorney's fees.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss its action without a court order by filing a stipulation of dismissal signed by all parties that have appeared.  The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed.  Accordingly, it is **ordered** that this action is **dismissed**, with such dismissal being **with prejudice** as to individual claims and **without prejudice** as to class claims.  Each party is to be responsible for bearing his or its own expenses, costs of litigation and attorney's fees.

DONE and ORDERED this 14th day of February, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE